# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ott, John E. | U. S. District Court, NDAL | 05/2/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| USMJ (Full-time) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Hugo L. Black Federal Crthse.
1729 5th Avenue North
Birmingham, Alabama 35203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Birmingham Bar Foundation Board |
| 2. | Board Member | Horton Inn of Court - Birmingham, Alabama |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ott, John E. | 05/2/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2019 | Cumberland School of Law (Teaching Salary) | $1,645.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ott, John E.** | 05/2/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ott, John E. | 05/2/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ENERGEN (Common) | A | Dividend | | | Sold | 10/01/19 | L | E | |
| 2. AFLAC Stock (Common) | C | Dividend | N | T | | | | | |
| 3. AFLAC Stock (Common) (Y) | | | | | | | | | |
| 4. American Express (Common) | B | Dividend | K | T | | | | | |
| 5. UNUM: Universal Life | A | Dividend | K | T | | | | | |
| 6. UNUM: Universal Life | A | Dividend | K | T | | | | | |
| 7. American Express (Bank Account) | A | Interest | K | T | | | | | |
| 8. Florida West Coast Credit Union | B | Interest | M | T | | | | | |
| 9. U.S. Savings Bonds | C | Int./Div. | L | T | Sold (part) | 06/04/19 | J | D | |
| 10. American Fund Capital Income Builder-A (Y) | | | | | | | | | |
| 11. Wells Fargo (Bank Account) | A | Interest | L | T | | | | | |
| 12. Cigna 401(k) Plan (H) | | | | | | | | | |
| 13. -Prudential Retirement Insurance and Annuity Company Fixed Income Fund | A | Interest | | | Sold | 12/30/19 | J | | |
| 14. -Prudential Large Cap Blend Fund | A | Int./Div. | | | Sold | 12/30/19 | J | | |
| 15. -Prudential Int. Stock Fund | A | Int./Div. | | | Sold | 12/30/19 | J | | |
| 16. -Prudential Mid Cap Blend Fund | A | Int./Div. | | | Sold | 12/30/19 | J | | |
| 17. -Prudential Small Cap Blend Fund | A | Int./Div. | | | Sold | 12/30/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ott, John E. | 05/2/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Prudential Mid Cap Value Fund | A | Int./Div. | | | Sold | 12/30/19 | J | | |
| 19.  -Prudential Small Cap Growth Fund | A | Int./Div. | | | Sold | 12/30/19 | J | | |
| 20.  Vanguard Windsor II Fund (IRA) | A | Int./Div. | K | T | Sold (part) | 11/19/19 | J | A | |
| 21.  Ascesion Health Plan (H) | | | | | | | | | |
| 22.  -TransAmerica Ptnrs Instl Hi Yld Bond | A | Int./Div. | | | Sold | 12/19/19 | J | | |
| 23.  -Barid Aggregate Bond Inst | A | Int./Div. | | | Sold | 12/19/19 | J | | |
| 24.  -Vanguard Money Mkt | A | Int./Div. | | | Sold | 12/19/19 | J | | |
| 25.  -American Funds EuroPac Gr | A | Int./Div. | | | Sold | 12/19/19 | J | | |
| 26.  -Dodge & Cox Stock | A | Int./Div. | | | Sold | 12/19/19 | J | | |
| 27.  -Principal Large Cap Growty I | A | Int./Div. | | | Sold | 12/19/19 | J | | |
| 28.  -Vanguard Inst. Index Instl | A | Int./Div. | | | Sold | 12/19/19 | J | | |
| 29.  -TransAmerica Ptnrs Inst Mid Val | A | Int./Div. | | | Sold | 12/19/19 | J | | |
| 30.  -Vanguard Small Cap Index | A | Int./Div. | | | Sold | 12/19/19 | J | | |
| 31.  -Hartford Small Cap Growth | A | Int./Div. | | | Sold | 12/19/19 | J | | |
| 32.  -DFAInt. Small Comp I | A | Int./Div. | | | Sold | 12/19/19 | J | | |
| 33.  -DFA US Targeted Val I | A | Int./Div. | | | Sold | 12/19/19 | J | | |
| 34.  BBVA Compass (Bank Account) | B | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | | | |
|---|---|---|---|
| **Name of Person Reporting** | | **Date of Report** | |
| Ott, John E. | | 05/2/2020 | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Russell 1000 Growth Index | A | Int./Div. | K | T | | | | | |
| 36. ISHARES Core MSCI EAFE(X) | A | Int./Div. | K | T | | | | | |
| 37. Invesco Equity & Income CL C | A | Int./Div. | K | T | | | | | |
| 38. American Century Mid Ca Val Cl 1 | A | Dividend | J | T | Buy | 12/20/19 | J | | |
| 39. Blackrock High Yield Bond Instl. Cl | A | Dividend | J | T | Buy | 12/20/19 | J | | |
| 40. Blaclrock Strategic Income OpportunityInstl Cl | A | Dividend | J | T | Buy | 12/20/19 | J | | |
| 41. Multi Manager Growth Strategies Cl Z | A | Dividend | J | T | Buy | 12/20/19 | J | | |
| 42. Multi Manager Small Cap Equity Strategies Cl Z | A | Dividend | J | T | Buy | 12/20/19 | J | | |
| 43. Multi Manager Total Return Bond Strategies Cl Z | B | Dividend | K | T | Buy | 12/20/19 | K | | |
| 44. Multi Manager Value Strategies Cl Z | A | Dividend | J | T | Buy | 12/20/19 | J | | |
| 45. Multi Manager Intl Equity Strategies Instl Cl | A | Dividend | J | T | Buy | 12/20/19 | J | | |
| 46. Delaware US Growth Instl Cl | A | Dividend | J | T | Buy | 12/20/19 | J | | |
| 47. MFS Vaule Cl I | A | Dividend | J | T | Buy | 12/20/19 | J | | |
| 48. Wells Fargo Energing Markets Equity Instl Cl | A | Dividend | J | T | Buy | 12/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ott, John E. | 05/2/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Ott, John E. | 05/2/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ John E. Ott**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544